TOWN OF FALLSBURGH, Appellant, v. LOUIS SILVERMAN et al., Respondents, Impleaded with Others.

Argued May 21, 1941; decided June 19, 1941.

William G. Birmingham, Milton E. Glickman, S. Wallace Kagan and Harry C. Resnick for appellant.

John Bright and Isaac Silberman for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.